

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

# FILED

J.N   DEC X 4 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

**Carla Hill**
Plaintiff

DEC 0 4 2007

v.

**John E. Potter, Post Master General
Patrick Ka Vaughn, Post Master
James Fiscauldo, Supervisor**
Defendant(s)

07CV6835
JUDGE COAR
MAG. JUDGE DENLOW

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, **Carla Hill**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?    ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount:_____

2. Are you currently employed?    ☒Yes   ☐No
   Monthly salary or wages: **$1,700.00**
   Name and address of employer: **United States Postal Service
   17541 S. Kedzie Avenue Hazel Crest, IL 60429**

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?    ☐Yes   ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                      ☐Yes   ☒No
      Amount_____ Received by_____

b.  ☐ Business, ☐ profession or ☐ other self-employment         ☐ Yes    ☒ No
Amount _____ Received by _____

c.  ☐ Rent payments, ☐ interest or ☒ dividends                  ☒ Yes    ☐ No
Amount _45.00 every 6 months_ Received by _Carla Hill_

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☒ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☒ child support
                                                                 ☒ Yes    ☐ No
Amount _550.00 month_ Received by _Carla Hill_

e.  ☐ Gifts or ☐ inheritances                                   ☐ Yes    ☒ No
Amount _____ Received by _____

f.  ☐ Any other sources (state source: _____ )        ☐ Yes    ☒ No
Amount _____ Received by _____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?   ☒ Yes   ☐ No   Total amount $_5,000.00_
In whose name held: _DeVante Hill_ Relationship to you: _Son_

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?   ☐ Yes   ☒ No
Property: _____  Current Value: _____
In whose name held: _____  Relationship to you: _____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☒ Yes   ☐ No
Address of property: _18119 Charlemagne Avenue_
Type of property: _Single-family home_ Current value: _$100,000_
In whose name held: _Carla Hill_ Relationship to you: _Self_
Amount of monthly mortgage or loan payments: $_675.00_
Name of person making payments: _Carla Hill_

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                 ☒ Yes    ☐ No
Property: _Ford Expedition_
Current value: _$15,000.00_
In whose name held: _Carla Hill_ Relationship to you: _Self_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
_DeVante Hill, son, 100% monthly support_
_Tyler Hill, son, 100% monthly support_

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 12/4/07

_Ms Carla Hill_
Signature of Applicant

_Ms Carla Hill_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of

$ _____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____.

(Add all deposits from all sources and then divide by number of months).

_____                    _____
       DATE                                              SIGNATURE OF AUTHORIZED OFFICER

                                                        _____
                                                                (Print name)

rev. 10/10/2007