UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Carla Hill

V.

Defendant(s) John Potter, Postmaster General
Zerex Veal, Stephen Schneider,
Karen Myskens, James Tiscauldo
Patrick Kavaugh

**FILED**
DEC 04 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 07CV6835
JUDGE COAR
MAG. JUDGE DENLOW

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Carla Hill, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

3. In further support of my motion, I declare that (check appropriate box):
   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Ms Carla H. Hill
Movant's Signature

12/4/07
Date

18119 Charlemagne Avenue
Street Address

Hazel Crest, IL 60429
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: Judge Gettleman | Case Number: 06C 3105 |
| Case Title: | |
| Appointed Attorney's Name: Attorney Sanjay Murthy | |
| If this case is still pending, please check box ✓ | |

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |