## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6835 | **DATE** | 3/17/2008 |
| **CASE TITLE** | Carla Hill vs. John Potter, et al | | |

**DOCKET ENTRY TEXT**

APPLICATION [3] by Plaintiff, Carla Hill, for leave to proceed in forma pauperis is granted. MOTION [4] by Plaintiff Carla Hill to appoint counsel is Granted. The following attorney is appointed to represent the plaintiff, Clara Hill: Collin Williams; Greenberg Traurig LLP; 77 W. Wacker, Suite 2500; Chicago, IL 60601 312 456 8400. The Clerk's Office is directed to send a copy of the complaint along with this order to Mr. Williams. Status hearing set for May 20, 2008 at 9:30 a.m. in Courtroom # 1419, 219 South Dearborn Street, Chicago, Illinois.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

Case 1:07-cv-06835    Document 7    Filed 03/17/2008    Page 1 of 1

07C6835 Carla Hill vs. John Potter, et al     Page 1 of 1