IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Carla Hill** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 07 C 6835 |
| | ) | |
| v. | ) | Judge David H. Coar |
| | ) | |
| **John Potter,** *et al*. | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## APPLICATION FOR RELIEF FROM APPOINTMENT

Pursuant to Rule 83.38 of the Rules of the United States District Court for the Northern District of Illinois, Collin B. Williams ("Appointed Counsel") hereby respectfully applies for relief from the Order of Appointment entered in this matter due to the fact that Appointed Counsel's firm represents the United States Postal Service ("USPS"), a defendant herein, and therefore has a conflict of interest in this matter. In support of this motion, Appointed Counsel states as follows:

1. On March 17, 2008, the Court entered an Order appointing Appointed Counsel as counsel for Carla Hill, the plaintiff in this matter (the "Order").

2. After receiving the Order, Appointed Counsel ran the standard conflicts check required by his firm (the "Conflicts Check"), Greenberg Traurig, LLP ("GT"), complete with all named defendants and plaintiff.

3. The Conflicts Check revealed that the United States Postal Service, a defendant herein, is a client of GT and has been since 2004.

4. Rule 83.38(a)(1) of the Rules of the United States District Court for the Northern District of Illinois permits counsel to be relieved of an order of appointment upon a showing of a conflict of interest.

5.      Additionally, Appointed Counsel's representation would violate Illinois Rule of Professional Conduct 1.7(a) as the USPS has not consented to his representation of the Plaintiff in this matter.

WHEREFORE, Appointed Counsel respectfully applies for relief from the Order of Appointment entered in this matter.

          Respectfully submitted,

          /s/ Collin B. Williams
          Collin B. Williams (ARDC No. 6284263)
          GREENBERG TRAURIG, LLP
          77 West Wacker Drive, Suite 2500
          Chicago, IL 60601
          (312) 476-5059

Dated:  March 25, 2008