IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Carla Hill** ) | |
| ) | |
| **Plaintiff,** ) | Case No. 07 C 6835 |
| ) | |
| v. ) | Judge David H. Coar |
| ) | |
| **John Potter,** *et al*. ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**[PROPOSED] ORDER**

This matter having come before the Court on Appointed Counsel's Application for Relief from Appointment. The Court having found that there is a conflict of interest pursuant to Rule 83.38 of the Rules of the United States District Court for the Northern District of Illinois,

IT IS HEREBY ORDERED:

Appointed Counsel, Collin B. Williams (ARDC No. 6284263), is relieved from this appointment and withdrawn as counsel of record in this matter.


Dated:

_____
Judge David H. Coar
United States District Judge