IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Carla Hill** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 07 C 6835 |
| | ) | |
| v. | ) | Judge David H. Coar |
| | ) | |
| **John Potter,** *et al*. | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, April 8, 2008, at 9:00 a.m., the undersigned shall appear before The Honorable Judge David H. Coar at Dirksen Federal Building, located at 219 South Dearborn, Chicago, Illinois, Courtroom 1419, and shall then and there present an APPLICATION FOR RELIEF FROM APPOINTMENT, which is hereby served upon you.

Respectfully submitted,

/s/ Collin B. Williams
Collin B. Williams (ARDC No. 6284263)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
(312) 476-5059

Dated: March 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed the foregoing Application for Relief from Appointment with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record. I hereby certify that on March 25, 2008, I sent notice of the foregoing via U.S. Mail, postage prepaid, to the following:

>Ms. Carla Hill
>18119 Charlemagne Avenue
>Hazel Crest, IL 60429-2226


_____/s/ Collin Williams_____