**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Carla Hill

                  Plaintiff,

v.    Case No.: 1:07−cv−06835
      Honorable David H. Coar

John Potter, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 28, 2008:

    MINUTE entry before Judge Honorable David H. Coar:MOTION by Collin B. Williams for Relief from Appointment as counsel for Plaintiff Carla Hill [10] is granted. Leave granted Collin B. Williams to withdraw as attorney for the plaintiff.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.