# United States District Court
# Northern District of Illinois

In the Matter of

Carla Hill

      v.                       Case No. 07 C 6835

Potter, et al

Designated Magistrate Judge
Martin C. Ashman

## ORDER GRANTING RELIEF FROM
## PRO BONO APPOINTMENT

The request of **Collin B. Williams** for relief from appointment as counsel for   in accordance with Local Rule 83.38A of this Court is granted.  In addition, counsel's name shall be returned to the current pro bono panel for possible appointment in another case during the current panel year.

/s/David H. Coar
Judge David H. Coar

Dated: March 28, 2008

Relief from Pro Bono Appointment  (Rev. 9/99)