## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6835 | **DATE** | 4/10/2008 |
| **CASE TITLE** | Carla Hill vs. John Potter, et al | | |

**DOCKET ENTRY TEXT**

The following attorney is appointed to represent the plaintiff: Matthew W. Walch, Latham & Watkins LLP, 233 S. Wacker Drive, Suite 5800, Chicago, IL  60606, 312 876 7700.  The Clerk's Office is directed to send a copy of the complaint / amended complaint, and a copy of the docket to Mr. Walch.  The status hearing scheduled for 5/20/2008 is stricken.  The status hearing is reset to June 2, 2008 at 9:00 a.m.

/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|