Ctt

**FILED**

APR 17 2008 *eu*
Apr 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 c 6835

UNITED STATES POSTAL SERVICE   CHICAGO IL 606

15 APR 2008 PM 3 L

For Success
Use Apt C-Suite
In Your Address

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604

**RECEIVED**

APR 17 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ □ Agent □ Addressee <br> B. Received by (Printed Name)   C. Date of Delivery <br> ERNEST HICKY II    7-14-08 |
| 1. Article Addressed to: <br><br> Matthew W. Walch <br> Latham & Watkins LLP (IL) <br> 233 South Wacker Drive <br> 5800 Sears Tower <br> Chicago, IL 60606 <br><br> 07C6835 | D. Is delivery address different from item 1? □ Yes <br> If YES, enter delivery address below: □ No <br><br> 3. Service Type <br> ☒ Certified Mail  □ Express Mail <br> □ Registered  □ Return Receipt for Merchandise <br> □ Insured Mail  □ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)  □ Yes |
| 2. Article Number <br> (Transfer from service label) | 7006 0100 0001 7312 7711 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |