UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLA HILL,                             )<br>                                         )<br>          Plaintiff,                    )<br>                                         )      No. 07 C 6835<br>     v.                                  )<br>                                         )      Judge Coar<br>JOHN E. POTTER, Postmaster General,      )<br>et al.,                                  )<br>          Defendants.                    ) | |

**FEDERAL DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

Defendant John Potter, Postmaster General, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves this court for an extension of time to June 26, 2008 to answer or otherwise plead to the complaint, and in supports, states as follows:

1.  Defendant's answer to the complaint is due May 27, 2008.

2.  Defendant is unable to file its answer by that date, as undersigned counsel has not yet received certain information from the defendant agency necessary to complete the answer to the complaint.

3.  The thirty-day extension of time requested is necessary in order for undersigned counsel to receive and review information from the defendant agency, in order to properly respond to the complaint.

4.  The parties will not be prejudiced, should the court grant defendant's motion.

WHEREFORE, defendant requests that the court grant an extension of time to June 26, 2008 to answer or otherwise respond to the complaint.

>Respectfully submitted,
>
>PATRICK J. FITZGERALD
>United States Attorney
>
>By: s/Ernest Y. Ling
>    ERNEST Y. LING
>    Assistant United States Attorney
>    219 South Dearborn Street
>    Chicago, Illinois 60604
>    (312) 353-5870
>    ernest.ling@usdoj.gov