UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLA HILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, Postmaster General, )<br>et al., )<br>Defendants. ) | No. 07 C 6835<br><br>Judge Coar |

## NOTICE OF MOTION

To:   Matthew W. Walch
      Latham & Watkins, LLP
      233 S. Wacker Drive, Suite 5800
      Chicago, IL 60606

PLEASE TAKE NOTICE that on Monday, June 2, 2008 at 9:00 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Coar in the courtroom occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**Federal Defendant's Motion for an Extension of Time to Answer or Otherwise Plead to the Amended Complaint**

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Ernest Y. Ling
    ERNEST Y. LING
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5870