**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Carla Hill

                      Plaintiff,

v.                                                                  Case No.: 1:07−cv−06835
                                                                    Honorable David H. Coar

John Potter, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable David H. Coar:Federal Defendant's Motion for an Extension of Time to Answer or Otherwise Plead to the Amended Complain [19] is granted. Defendant to answer or plead on or before 6/26/2008. The status date of 6/2/2008 is stricken. Status hearing reset for 7/16/2008 at 09:00 AM. Parties need not appear on 6/2/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.