IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLA HILL, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 07-CV-06835 |
| | ) |
| v. | ) Judge David H. Coar |
| | ) |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, et al., | ) ) ) ) |
| | ) |
| Defendants. | ) |

## REPORT OF PARTIES' PLANNING CONFERENCE

Pursuant to this Court's order, Matthew W. Walch, of Latham & Watkins LLP, representing Plaintiff, and Ernest Y. Ling, of the United States Attorney's Office, representing John Potter, Postmaster General, United States Postal Service ("Potter"), met on July 28, 2008 pursuant to Rule 26(f) of the Federal Rules of Civil Procedure to discuss:

(1) the nature and basis of their claims and defenses;

(2) the possibilities for a prompt settlement or resolution of this case;

(3) to make or arrange for the disclosures required under Rule 26(a)(1); and

(4) to develop a discovery plan.

To that end, the parties propose the following:

A. The issues in this case may be simplified if the Plaintiff amends the complaint to summarize the various exhibits included with the previous complaints within the next 30 days.

B. The parties do not believe that any modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules need to be made in order to expedite discovery:

C. Discovery will be needed on the following subjects:

1. The facts relating to certain complaints filed by the Plaintiff with the EEO division of the United States Postal Service (the "EEO Complaints");

2. The United States Postal Service's conduct following the filing of the EEO Complaints;

3. The identification of witnesses relevant to the EEO Complaints; and

4. The defenses asserted by Potter in his Answer and/or any amended Answer.

D. Discovery should not be conducted in phases.

E. Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge: Yes__ No_x_.

F. The parties do not consent to this matter being referred to the Magistrate Judge for final disposition.

G. The parties have discussed the possibility of alternative dispute resolution and concluded that the parties do not wish to engage in alternative dispute resolution.

H. The parties have discussed a prompt settlement or other resolution of this matter.

I. The parties have not identified any methods that the Court should consider to expedite the resolution of this matter.

Dated: July 29, 2008

By: /s/ Matthew W. Walch
Matthew W. Walch
James J. Ktsanes
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
(312) 876-7700
matthew.walch@lw.com
james.ktsanes@w.com

*Attorneys for Carla Hill*

PATRICK J. FITZGERALD
United States Attorney

By: s/Ernest Y. Ling
ERNEST Y. LING
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5870
ernest.ling@usdoj.gov

*Attorney for John E. Potter, Postmaster General, United States Postal Service*

2