**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CARLA HILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 07-CV-06835** |
| | ) | |
| **v.** | ) | **Judge David H. Coar** |
| | ) | |
| **JOHN E. POTTER, POSTMASTER** | ) | |
| **GENERAL, UNITED STATES** | ) | |
| **POSTAL SERVICE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PROPOSED SCHEDULING ORDER**

**I.    Discovery**

The following time limits and deadlines shall be applicable.

      A.    All disclosures required by Rule 26(a)(1) shall be made on or before September 8, 2008.

      B.    Any amendments to pleadings or actions to join other parties shall be filed on or before September 30, 2008.

      C.    The cutoff of fact discovery is February 27, 2009.

      D.    The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before March 27, 2009.

      E.    The parties may depose the other side's expert at any time prior to April 17, 2009.

      F.    The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(C) at any time prior to May 22, 2009.

      G.    The parties shall have until June 12, 2009 to depose the opposing party's rebuttal expert.

**II.**     **Motions**

Any dispositive motions are to be filed on or before March 27, 2009.

**III.**     **Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before June 25, 2009.

The final pretrial conference will be held on _____ at _____.m. (This date and

time will be set by the Court at the Rule 16 conference.)

**IV.**     **Trial**

Trial is set in this matter on _____ at 10:00 a.m. (The trial date will be set by the

Court at the Rule 16 conference.)

**V.**     **Status Hearings**

A further status hearing/preliminary pretrial conference should be held on _____.

Dated: July 29, 2008

Proposed by:

|  |  |
|---|---|
|  | PATRICK J. FITZGERALD<br>United States Attorney |
| By: /s/ Matthew W. Walch |  |
| Matthew W. Walch | By: s/Ernest Y. Ling |
| James J. Ktsanes | ERNEST Y. LING |
| LATHAM & WATKINS LLP | Assistant United States Attorney |
| 233 South Wacker Drive, Suite 5800 | 219 South Dearborn Street |
| Chicago, Illinois 60606 | Chicago, Illinois 60604 |
| (312) 876-7700 | (312) 353-5870 |
| matthew.walch@lw.com | ernest.ling@usdoj.gov |
| james.ktsanes@w.com |  |
|  | *Attorney for John E. Potter, Postmaster* |
| *Attorneys for Carla Hill* | *General, United States Postal Service* |

Dated: _____ ___, 2008     _____

Judge David H. Coar
United States District Judge